AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,

                        JUDGMENT IN A CIVIL CASE

                v.

MICHELLE LOUCKS, PATRICIA
PACE HILL, MILDRED HILL,          CASE NUMBER:  CV-06-5025-RHW
TRICIA WANOUS, and ANGELA
HILL,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant-In-Interpleader Tricia Wanous in the sum of $11,140.68.

Judgment is entered in favor of Defendant-In-Interpleader Mildred Hill in the sum of $129,981.64.

January 11, 2007                             JAMES R. LARSEN
*Date*                                         *Clerk*
                                                s/ Shirley Peters
                                                *(By) Deputy Clerk*

                                                Shirley Peters